No. D–1367. IN RE DISBARMENT OF LONDOFF. It is ordered that William M. Londoff, of St. Ann, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1368. IN RE DISBARMENT OF SCOTT. It is ordered that Roger Scott, of Syracuse, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1369. IN RE DISBARMENT OF WOODARD. It is ordered that Jesse Lincoln Woodard, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1370. IN RE DISBARMENT OF MORRIS. It is ordered that Thomas John Morris, of Fairfax, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for award of fees and expenses granted, and the River Master is awarded a total of $444.60 for the period October 1 through December 31, 1993, to be paid equally by the parties. [For earlier order herein, see, e. g., ante, p. 987.]

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of the Special Master for compensation and reimbursement of expenses and to be discharged as Special Master granted, and the Special Master is awarded a total of $740.71 for the period October 1 through December 15, 1993, to be paid one-third by each party. The Special Master is hereby discharged with the thanks of the Court. [For earlier decision herein, see, e. g., ante, p. 126.]

No. 111, Orig. DELAWARE ET AL. v. NEW YORK. Motion of Delaware to dismiss the complaint against New York without prejudice referred to the Special Master. [For earlier order herein, see, e. g., ante, p. 1022.]